UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TONIA AMAYA MUNOZ,**

     **Plaintiff,**

v.                                                                            **Case No. 8:20-CV-1885-AAS**

**KILOLO KIJAKAZI,**[1]
**Commissioner,**
**Social Security Administration,**

     **Defendant.**

_____/

## ORDER

Plaintiff Tonia Amaya Munoz moves for attorney's fees and costs under

the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 24). The

Commissioner does not oppose the motion. (*Id.* at p. 2).

Ms. Munoz requests $3,008.74 in attorney's fees. The EAJA permits

awards for reasonable attorney's fees and expenses to a prevailing party

against the United States. 28 U.S.C. § 2412. An October 14, 2021 order

remanded the case to the Commissioner under sentence four of 42 U.S.C.

Section 405(g) for further administrative proceedings. (Doc. 21). The Clerk

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

entered judgment in favor of Ms. Munoz.[2] (Doc. 22).

The Commissioner does not contest the following: Ms. Munoz is the prevailing party; Ms. Munoz's net worth was less than $2 million when she filed her complaint; the Commissioner's position was not substantially justified; no special circumstances make an attorney's fees award unjust; and Ms. Munoz's attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Munoz is entitled to $3,008.74 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following this order, the United States Department of the Treasury will determine whether Ms. Munoz owes a debt to the United States. Ms. Munoz assigned her rights to EAJA fees to her attorney. (Doc. 24-2). If Ms. Munoz has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, Ms. Munoz's motion for attorney's fees under the EAJA

---

[2] On October 18, 2021, the court amended the order remanding the ALJ's decision only to correct a scrivener's error in the conclusion. (*See* Doc. 23).

(Doc. 24) is **GRANTED**. Ms. Munoz is awarded **$3,008.74** in attorney's fees.

**ORDERED** in Tampa, Florida on December 22, 2021.

_Amanda Arnold Sansone_

AMANDA ARNOLD SANSONE
United States Magistrate Judge

3